893 A.2d 719

IN THE MATTER OF THE COMMITMENT OF P.D.
(P.D.,—PETITIONER)IN THE MATTER OF
THE COMMITMENT OF J.M.

February 9, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider the merits of the appeal.

893 A.2d 719

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LEO DAVIS, DEFENDANT–PETITIONER.

February 16, 2006.

IT IS ORDERED that the Public Defender's petition for certification on defendant's behalf is granted, and in light of the trial court's failure to advise defendant of his right to appeal as an indigent, the matter is summarily remanded to the Appellate Division to consider defendant's appeal on the merits.